UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

GOTHAM CLEANERS, INC., CORY PERLSON and
BRIANNA PERLSON,

                                                                          Civil Action No.

                              Plaintiffs,

   -against-

DEPENDANCE PLATINUM FL LLC,

                              Defendant.

------------------------------------------------------------------------X

**<u>DECLARATION OF ADAM B. SHERMAN, ESQ.</u>**

       ADAM B. SHERMAN, an attorney duly admitted to practice law within the State of New York, affirms and states under the penalties of perjury and pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am a partner at Jacobs P.C., attorneys for Plaintiffs Gotham Cleaners, Inc., Cory Perlson and Brianna Perlson (together, "Plaintiffs") in the above-captioned action and am fully familiar with all of the facts and circumstances heretofore had herein.

       2.     I make this emergency declaration in support of Plaintiffs' instant motion for a preliminary injunction and for a temporary restraining order pending the determination of this motion.

       3.     Plaintiff initially filed suit against this Defendant in the Supreme Court of the State of New York, County of New York, but discontinued that action without prejudice.

       4.     For the reasons set forth in Complaint, Declaration of Cory Perlson and memorandum of law, Plaintiffs are in need of emergency temporary relief, specifically a temporary

restraining order directing that Defendant is temporarily enjoined from issuing any UCC lien letters, and that any existing letters are null and void and must be withdrawn as recently awarded in another case with nearly identical facts. *See Division 5, LLC v. Fora Financial Advance LLC*, No. 1:24-cv-06870 (JPO), Order at 1–2 (S.D.N.Y. Sept. 13, 2024) (granting TRO and directing defendant to withdraw UCC lien letters pending a preliminary-injunction hearing under Rule 65).

5. For the reasons set forth in the accompanying memorandum of law, it is respectfully submitted that Plaintiffs have demonstrated a likelihood of success on the merits, irreparable injury, and a balance of the equities in favor of Plaintiffs.

6. As there will be no costs or damages if an injunction is granted, it is respectfully submitted that there is no need for any security, which would be counterintuitive to the very relief being requested, especially since Plaintiffs have no revenue as a result of Defendant's actions.

7. Finally, due to the exigent and emergency nature of the request, in that Plaintiffs will be forced to shut down within days absent relief from the Court, and the fact that this emergency relief request is being filed with the Complaint, there is not sufficient time to put the Defendant on notice of the application.

This declaration is submitted pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
December 4, 2025

/s/ Adam Sherman
Adam Sherman