UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GOTHAM CLEANERS, INC., CORY PERLSON : 
and BRIANNA PERLSON,                      :
                              Plaintiffs,    :

                                         :

              -against-    :

                                         :

DEPENDANCE PLATINUM FL LLC,    :

                                       :

                       Defendants.  :

-------------------------------------------------------------------X

25-CV-10097 (KPF)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 4, 2025, Plaintiffs filed an emergency motion for a temporary restraining order and preliminary injunction, Dkt. 5; and

      WHEREAS on December 5, 2025, Plaintiffs' emergency motion was referred to the Undersigned in her capacity as the Part I judge on duty.

      IT IS HEREBY ORDERED that Plaintiffs must appear for a hearing on the emergency motion for a temporary restraining order and preliminary injunction on **December 5, 2025, at 5:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that Plaintiffs must give notice, or attempt to give notice, to Defendants of this hearing, and be prepared to discuss their efforts to give notice at the hearing.

**SO ORDERED.**

Date:  **December 5, 2025**
      **New York, New York**

                                              **VALERIE CAPRONI**
                                    **United States District Judge**