UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOTHAM CLEANERS, INC., CORY PERLSON and BRIANNA PERLSON, Plaintiffs, -v.- DEPENDANCE PLATINUM FL LLC, Defendant. | 25 Civ. 10097 (KPF) **PRELIMINARY INJUNCTION** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record during the December 19, 2025, hearing, Plaintiffs' motion for a preliminary injunction (Dkt. #5) is GRANTED. During the pendency of this action, or any arbitration proceedings, Defendant is enjoined from issuing any UCC lien letters to any of Plaintiffs' customers or to any other third party that might be holding assets belonging to or owed to Plaintiffs, and Defendant is directed to withdraw any lien letter previously sent, any such lien letter being null and void. Defendant is also enjoined from employing any methods of enforcement or collection of any debt allegedly owed by Plaintiffs to Defendant under the agreement at issue (*see* Dkt. #1-2), including but not limited to UCC liens.

Should the parties proceed through binding arbitration, a duly appointed arbitrator or arbitral panel shall have the authority to modify or dissolve this injunction upon a showing of good cause.

Further and also for the reasons set forth on the record during the December 19, 2025, hearing, Defendant's letter motions for leave to file a

motion to dismiss (Dkt. #14) and to file a Rule 11 sanctions motion (Dkt. #15) are DENIED without prejudice to their renewal at a later date.

The Clerk of Court is directed to terminate the pending motions at docket entries 5, 14, and 15.

SO ORDERED.

Dated:      December 22, 2025
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge